# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing appearance form with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 13, 2015.

    /s/ JUDITH A. HAGLEY
JUDITH A. HAGLEY
*Attorney*

12291857.1