IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUE THE VOTE, INC. ) | |
| ) | |
| Plaintiff-Appellant ) | |
| ) | |
| v. ) | No. 14-5316 |
| ) | |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants-Appellees ) | |

**CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES FILED BY APPELLEES THE UNITED STATES OF AMERICA AND THE INTERNAL REVENUE SERVICE**

(1) <u>Parties and *amici*</u>:

The parties to the above-captioned appeal include the plaintiff-appellant True the Vote, Inc., a Texas corporation, and appellees the United States of America, the Internal Revenue Service (IRS), and several known and unknown IRS officials in both their official and individual capacities. The known IRS officials are Steven T. Miller, Douglas H. Shulman, William Wilkins, Lois Lerner, Holly Paz, Cindy M. Thomas, Steven Grodnitzky, David Fish, Michael C. Seto, Susan

12296662.1

Maloney, Ronald Bell, Janine L. Estes, and Faye Ng.[1]  There were no *amici* appearing in the District Court, and there are currently none on appeal.

(2)  Rulings under review:

The rulings under review are the October 23, 2014, Order (Docket No. 102) and Memorandum Opinion (Docket No. 103) of Judge Reggie B. Walton granting the appellees' motions to dismiss the first amended complaint and denying the appellant's motion to stay agency action.

(3)  Related cases:

This case has not previously been before this Court.  The following are pending related cases:  *Linchpins of Liberty v. United States*, No. 1:13-cv-00777–RBW (D.D.C.); *NorCal Tea Party Patriots v. IRS*, No. 1:13-cv-00341-SJD (S.D. Ohio); and *Freedom Path Inc. v. Lerner*, No. 3:14-cv-01537-D (N.D. Tex.).

---

[1] True the Vote also sued then-Acting Commissioner of Internal Revenue Daniel Werfel in its first amended complaint.  Because he was sued in his official capacity only, True the Vote's claim against Werfel is actually a claim against the United States.

- 3 -

        Respectfully submitted,

        <u>/s/  Judith A. Hagley</u>
        JUDITH A. HAGLEY         (202) 514-8126
          *Attorney for the United States & the IRS*
          *Tax Division*
          *Department of Justice*
          *Post Office Box 502*
          *Washington, D.C. 20044*
          Judith.a.hagley@usdoj.gov
          Appellate.Taxcivil@usdoj.gov

January 15, 2015

12296662.1

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2015, I electronically filed the foregoing Certificate of Parties, Rulings, and Related Cases with the Clerk of the Court for the United States Court of Appeals for the District of Columbia by using the CM/ECF system. Counsel for the appellant is a registered CM/ECF user and is being served by the CM/ECF system.

    /s/ Judith A. Hagley
    JUDITH A. HAGLEY
      *Attorney for Appellees United States & IRS*

12296662.1