# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** True the Vote, Inc.

v.

Internal Revenue Service, et al.

**Case No:** 14-5316

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

( ● ) Appellant(s)/Petitioner(s)   ( ○ ) Appellee(s)/Respondent(s)   ( ○ ) Intervenor(s)   ( ○ ) Amicus Curiae

True the Vote, Inc.

Names of Parties                                                     Names of Parties

### Counsel Information

**Lead Counsel:** John C. Eastman

**Direct Phone:** (714) 628-2587   **Fax:** (714) 844-4817   **Email:** jeastman@chapman.edu

**2nd Counsel:**

**Direct Phone:** ( ) -    **Fax:** ( ) -    **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -    **Fax:** ( ) -    **Email:**

**Firm Name:** Center for Constitutional Jurisprudence

**Firm Address:** c/o Chapman Univ. Fowler School of Law, One University Dr., Orange, CA 92866

**Firm Phone:** (877) 855-3330   **Fax:** (714) 844-4817   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing appearance form with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 20, 2015.

　/s/ John C. Eastman
John C. Eastman

*Counsel for Appellants*