# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** TRUE THE VOTE, INC.

**v.**

INTERNAL REVENUE SERVICE, ET AL.

**Case No:** 14-5316

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

◯ Appellant(s)/Petitioner(s)    ⦿ Appellee(s)/Respondent(s)    ◯ Intervenor(s)    ◯ Amicus Curiae

See Exhibit A

Names of Parties                                        Names of Parties

### Counsel Information

**Lead Counsel:** Brigida Benitez

**Direct Phone:** ( 202 ) 429-6261  **Fax:** ( 202 ) 429-3902  **Email:** bbenitez@steptoe.com

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Steptoe & Johnson LLP

**Firm Address:** 1330 Connecticut Avenue, NW, Washington DC  20036

**Firm Phone:** ( 202 ) 429-3000  **Fax:** ( 202 ) 429-3902  **Email:** bbenitez@steptoe.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)