**ENTRY OF APPEARANCE**
**Exhibit A**

Counsel respectfully requests that the Clerk enter my appearance as counsel of record for the following appellees in their individual capacities:

1. David Fish
2. Steven Grodnitzky
3. Lois Lerner
4. Steven Miller
5. Holly Paz
6. Michael Seto
7. Douglas Shulman
8. Cindy Thomas
9. William Wilkins