**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| TRUE THE VOTE, INC.<br><br>              Plaintiff-Appellant,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE, *et al.*<br><br>              Defendants-Appellees. | No. 14-5316 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28 (a)(1), the undersigned counsel certifies as follows:

**A.    Parties:**

True the Vote, Inc. was the plaintiff below and is the appellant here.   The

defendants below and appellees here are the United States of America, Internal

Revenue Service, Ronald Bell, Janine Estes, David Fish, Steven Grodnitzky, John

Koskinen, Lois Lerner, Susan Maloney, Steven Miller, Faye Ng, Holly Paz, Michael

Seto, Douglas Shulman, Cindy Thomas and William Wilkins.

**B.    Rulings Under Review:**

Appellant seeks review of the Memorandum Opinion and Order entered on

October 23, 2014, by District Court Judge Reggie B. Walton granting Appellees'

motions to dismiss and denying as moot Appellant's motion to stay agency action in

case number 1:13-cv-00734-RBW.   The Order and Memorandum Opinion are

District Court Docket Entry Numbers 102 and 103, respectively.   The

Memorandum Opinion is available on Westlaw.   *See True the Vote, Inc. v. Internal*

*Revenue Service, Inc.*, __F. Supp. 3d __, No. 13-734 (RBW), 2014 WL 5395036

(D.D.C. Oct. 23, 2014).

## C.      Related Cases:

This case has not previously been before this Court or any court other than the

district court.   *Linchpins of Liberty, et al. v. United State of America, et al.*, No.

1:13-cv-00777-RBW (D.D.C) is a related case.   On January 15, 2015, the Plaintiffs

in *Linchpins of Liberty* filed a notice of appeal of the Final Judgment in favor of

Defendants.   *See* District Court Docket Entry Number 103.

Dated:   January 20, 2015                              Respectfully submitted,

                                                      /s/ Brigida Benitez
                                                      Brigida Benitez (Bar No. 446144)
                                                      STEPTOE & JOHNSON LLP
                                                      1330 Connecticut Avenue, NW
                                                      Washington, DC   20036
                                                      Telephone: (202) 429-3000
                                                      Facsimile: (202) 429-3902

                                                      *Counsel for David Fish, Steven*
                                                      *Grodnitzky, Lois Lerner, Steven*
                                                      *Miller, Holly Paz, Michael Seto,*
                                                      *Douglas Shulman, Cindy Thomas and*
                                                      *William Wilkins*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.   Service was accomplished by using the appellate CM/ECF system.

/s/ Brigida Benitez
Brigida Benitez