# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** True the Vote, Inc.

v.     **Case No:** 14-5316

Internal Revenue Service, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

True the Vote, Inc.

Names of Parties          Names of Parties

### Counsel Information

**Lead Counsel:** Cleta Mitchell

**Direct Phone:** (202) 295-4081   **Fax:** (202) 672-5399   **Email:** cmitchell@foley.com

**2nd Counsel:** Michael J. Lockerby

**Direct Phone:** (202) 945-6079   **Fax:** ( )   **Email:** mlockerby@foley.com

**3rd Counsel:**

**Direct Phone:** ( )   **Fax:** ( )   **Email:**

**Firm Name:** Foley & Lardner, LLP

**Firm Address:** 3000 K Street, N.W., Suite 600, Washington D.C. 20007

**Firm Phone:** (202) 672-5300   **Fax:** (202) 672-5399   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)