# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** True the Vote, Inc.

v.    **Case No:** 14-5316

IRS, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Susan Maloney, in her individual capacity

Ronald Bell, in his individual capacity

Janine L. Estes, in her individual capacity

Faye Ng, in her individual capacity

Names of Parties                          Names of Parties

### Counsel Information

**Lead Counsel:** Jeffrey A. Lamken

**Direct Phone:** (202) 556-2010  **Fax:** (202) 556-2001  **Email:** jlamken@mololamken.com

**2nd Counsel:** Martin V. Totaro

**Direct Phone:** (202) 556-2013  **Fax:** (202) 556-2001  **Email:** mtotaro@mololamken.com

**3rd Counsel:** Eric R. Nitz

**Direct Phone:** (202) 556-2021  **Fax:** (202) 556-2001  **Email:** enitz@mololamken.com

**Firm Name:** MoloLamken LLP

**Firm Address:** 600 New Hampshire Ave., N.W., Suite 660, Washington, DC 20037

**Firm Phone:** (202) 556-2000  **Fax:** (202) 556-2001  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2015, I caused the foregoing Entry of Appearance to be filed with the Clerk of the Court for the D.C. Circuit using the CM/ECF system, which accomplished service on all parties.

/s/ Jeffrey A. Lamken
Jeffrey A. Lamken
