IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

True the Vote, Inc.,

  *Plaintiff-Appellant*,

    v.        No. 14-5316

IRS, *et al.*,

  *Defendants-Appellees*.

---

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES BY SUSAN MALONEY, RONALD BELL, JANINE L. ESTES, AND FAYE NG**

Pursuant to this Court's December 19, 2014 Order (Doc. No. 1528285), defendants-appellees Susan Maloney, Ronald Bell, Janine L. Estes, and Faye Ng (collectively, the "Cincinnati Line-Level Employees") provide the following information:

**I. Parties and Amici**

The following parties have appeared before the district court or are parties in this Court:

 A. **Plaintiff-Appellant**

  True the Vote, Inc.

 B. **Defendants-Appellees**

  Internal Revenue Service

      United States of America

      Steven T. Miller, in his official and individual capacity

      Douglas H. Shulman, in his individual capacity

      Lois Lerner, in her official and individual capacity

      Susan Maloney, in her official and individual capacity

      Ronald Bell, in his official and individual capacity

      Janine L. Estes, in her official and individual capacity

      Faye Ng, in her official and individual capacity

      John A. Koskinen, in his official capacity

      Daniel Werfel, in his official capacity

      William W. Wilkins, in his official and individual capacity

      Holly Paz, in her official and individual capacity

      Cindy M. Thomas, in her official and individual capacity

      Steven Grodnitzky, in his official and individual capacity

      David Fish, in his official and individual capacity

      Michael Seto, in his official and individual capacity

**II.  Rulings Under Review**

The ruling under review is the final order and memorandum opinion entered in case 1:13-cv-00734-RBW by Judge Reggie B. Walton on October 23, 2014, granting defendants-appellees' motions to dismiss. *True the Vote, Inc. v. IRS*, __ F. Supp. 2d __, 2014 WL 5395036 (D.D.C. Oct. 23, 2014) (Dkt. Nos. 102, 103).

### III. Related Cases

*Linchpins of Liberty v. United States*, a related case, was previously pending in the U.S. District Court for the District of Columbia. On December 12, 2014, Judge Reggie B. Walton entered final judgment in that case. *See Linchpins of Liberty v. United States*, No. 1:13-cv-00777-RBW (D.D.C. Dec. 12, 2014) (Dkt. No. 102). *Linchpins* is a related case because it involves substantially the same or similar issues raised in this appeal. On October 23, 2014, Judge Walton entered an order and memorandum opinion granting defendants' motions to dismiss in *Linchpins*. *See* No. 1:13-cv-00777-RBW (D.D.C. Oct. 23, 2014) (Dkt. Nos. 95, 96). Like the order on appeal in this case, Judge Walton's order in *Linchpins* dismissed a complaint alleging the discriminatory treatment of certain applicants for tax-exempt status because *Bivens* did not provide a damages cause of action in that context. *See id.*, Dkt. No. 96 at 8-11.

The *Linchpins* plaintiffs noticed their appeal of Judge Walton's decision on January 15, 2015, *see* No. 1:13-cv-00777-RBW (D.D.C. Jan. 15, 2015) (Dkt. No. 103). That appeal has not yet been docketed in the Court of Appeals.

January 20, 2015               Respectfully submitted,

<div style="margin-left:2em">

/s/ Jeffrey A. Lamken
Jeffrey A. Lamken
Martin V. Totaro
Eric R. Nitz
MOLO LAMKEN LLP
The Watergate, Suite 660
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
(202) 556-2000 (telephone)
(202) 556-2001 (fax)
jlamken@mololamken.com

*Counsel for Ronald Bell, Susan Maloney, Janine L. Estes, and Faye Ng*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2015, I caused the foregoing Certificate as to Parties, Rulings, and Related Cases to be filed with the Clerk of the Court for the D.C. Circuit using the CM/ECF system, which accomplished service on all parties.

/s/ Jeffrey A. Lamken
Jeffrey A. Lamken