UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

Case Caption:   True the Vote, Inc.

           v.   Case No.: 14-5316

Internal Revenue Service, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2015, I caused the Entry of Appearance of Cleta Mitchell and Michael J. Lockerby, counsel to Appellant, True the Vote, Inc., to be filed with the United States Court of Appeals for the District of Columbia Circuit via the Court's CM/ECF system, which served all registered users.

Date:  January 20, 2014

    Respectfully submitted,

*/s/ Michael J. Lockerby*
Michael J. Lockerby (D.C. Bar No. 502987)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street N.W., Suite 600
Washington, D.C.  20007
(202) 945-6079  (direct)
(202) 672-5399  (fax)

*Counsel for Appellant, True the Vote, Inc.*

4846-2296-5025.1