IN THE
UNITED STAES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TRUE THE VOTE, INC.<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*<br><br>        Defendants-Appellees. | No. 14-5316 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

**A.  Parties**

The parties to the above-captioned appeal are the following:

Plaintiff-Appellant

1. True the Vote, Inc.

Defendants-Appellees

1. United States of America

2. Internal Revenue Service

3. John A. Koskinen, in his official capacity as Commissioner of the Internal Revenue Service. Steven T. Miller and Daniel Werfel, who each served as Acting Commissioner of the Internal Revenue Service as various times during this litigation, were previously named as a defendants, in their official capacities as Commissioner of the Internal Revenue Service, but were substituted as parties when replaced by their successor in office.

1

4. Steven T. Miller, in his individual capacity.

5. Douglas H. Shulman, in his individual capacity.

6. William Wilkins, in his individual capacity.

7. Lois Lerner, in her individual capacity.

8. Holly Paz, in her individual capacity.

9. Cindy M. Thomas, in her individual capacity.

10. Steven Grodnitzky, in his individual capacity.

11. David Fish, in his individual capacity.

12. Michael C. Seto, in his individual capacity.

13. Susan Maloney, in her individual capacity.

14. Ronald Bell, in his individual capacity.

15. Janine L. Estes, in her individual capacity.

16. Faye Ng, in her individual capacity.

17. Unknown Named Employees of the Internal Revenue Service, in their individual capacities.

**B.     Rulings Under Review**

Appellant True the Vote seeks review of the Order (Dkt. 102) and Memorandum Opinion (Dkt. 103, *True the Vote, Inc. v. IRS*, 2014 U.S. Dist. LEXIS 151072 (D.D.C. 2014)) of Judge Reggie B. Walton entered on October 23, 2014, granting the motions to dismiss filed by the defendants (Dkts. 54, 63, and

2

64), and denying as moot plaintiff's Motion to Stay Agency Action (Dkt. 68).

## C. Related Cases

Appellant True the Vote is aware of the following case that presents substantially similar issues as those involved in this appeal:

1. *Z Street v. Shulman*, No. 15-5010 (D.C. Circuit)
2. *Linchpins of Liberty v. U.S.*, No. 1-13cv777 (D.D.C.) (appeal filed 1/15/15)

This case has not previously been before this Court or any other court of appeals.


Dated: January 20, 2015

Respectfully submitted,

   /s/ John C. Eastman
John C. Eastman (Cal. 193726)
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University Drive
Orange, CA 92866
(877) 855-3330 x2 (telephone)
(714) 844-4817 (fax)
jeastman@chapman.edu
*Counsel for Appellant*



Michael J. Lockerby (D.C. 502987)
Cleta Mitchell (D.C. 433386)
FOLEY & LARDNER, LLP
Washington Harbour

3000 K Street, N.W., Suite 600
Washington, DC 20007
(202) 672-5300 (telephone)
(202) 672-5399 (fax)
mlockerby@foley.com
cmitchell@foley.com
*Lead Counsel for Appellant*

Kaylan L. Phillips (D.C. 1110583)*
Noel H. Johnson (Wisc. 1068004)*
ACTRIGHT LEGAL FOUNDATION
209 West Main Street
Plainfield, IN 46168
(317) 203-5599 (telephone)
(888) 815-5641 (fax)
kphillips@actrightlegal.org
njohnson@actrightlegal.org
*Counsel for Appellant*

William E. Davis (D.C. 280057)
Mathew D. Gutierrez (Fla. 0094014)*
FOLEY & LARDNER, LLP
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
(305) 482-8404 (telephone)
(305) 482-8600 (fax)
wdavis@foley.com
mgutierrez@foley.com
*Counsel for Appellant*

*Applications for admission pending or forthcoming

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Certificate as to Parties, Rulings, and Related Cases with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 20, 2015. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 20, 2015          /s/ John C. Eastman
                                 John C. Eastman
                                 jeastman@chapman.edu
                                 *Counsel for Plaintiff*