# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 14-5316
2. DATE DOCKETED: 12-19-2014
3. CASE NAME (lead parties only) True the Vote, Inc.   v.   Internal Revenue Service, et al.
4. TYPE OF CASE: ☐ District Ct -  ☒ US Civil  ☐ Private Civil  ☐ Criminal  ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ☐ Yes  ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:13-cv-00734-RBW    Bankruptcy ___    Tax ___
      Criminal ___    Adversary ___
      Miscellaneous ___    Ancillary ___
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Reggie B. Walton    Magistrate Judge ___
   d. Date of order(s) appealed (use date docketed): 10-23-2014    e. Date notice of appeal filed: 12-18-2014
   f. Has any other notice of appeal been filed in this case?  ☐ Yes  ☒ No   If YES, date filed: ___
   g. Are any motions currently pending in trial court?  ☐ Yes  ☒ No   If YES, date filed: ___
      If YES, identify motion ___
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ☐ Yes  ☒ No
      If NO, why not? No hearing held regarding order appealed
   i. Has this case been before the Court under another appeal number? ☐ Yes  Appeal # ___  ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☒ Yes  ☐ No  If YES, give each case's court and case name, and docket number:
      Z Street v. Shulman, No. 15-5010 (D.C. Circuit); Linchpins of Liberty v. U.S., No. 1-13cv777 (D.D.C.) (appeal filed 1/15/15)
   k. Does this case turn on validity or correct interpretation or application of a statute?  ☒ Yes  ☐ No
      If YES, give popular name and citation of statute 26 U.S.C. 6103
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ☐ Yes  ☒ No   If so, provide program name and participation dates

Signature /s/ John C. Eastman    Date 01-20-2015
Name of Party True the Vote, Inc.
Name of Counsel for Appellant/Petitioner John C. Eastman
Address Center for Constitutional Jurisprudence c/o Chapman U. Law School, One University Dr., Orange, CA 92866
Phone ( 877 ) 855-3330    Fax ( 714 ) 844-4817

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Civil Docketing Statement with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 20, 2015. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

   /s/ John C. Eastman
John C. Eastman

*Counsel for Appellants*