# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** True the Vote, Inc.

**v.**

Internal Revenue Service, et al.

**Case No:** 14-5316

## TRANSCRIPT STATUS REPORT

⦿ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

○ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

___

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Transcript Status Report form with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on January 20, 2015. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

   /s/ John C. Eastman
John C. Eastman

*Counsel for Appellants*