# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** True the Vote, Inc.

**v.** Internal Revenue Service, et al.

**Case No:** 14-5316

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☉ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae

True the Vote, Inc.

Names of Parties                                    Names of Parties

### Counsel Information

**Lead Counsel:** Kaylan L. Phillips

**Direct Phone:** (317) 203-5599  **Fax:** (888) 815-5641  **Email:** kphillips@actrightlegal.org

**2nd Counsel:**

**Direct Phone:** ( )    **Fax:** ( )    **Email:**

**3rd Counsel:**

**Direct Phone:** ( )  -   **Fax:** ( )  -   **Email:**

**Firm Name:** ActRight Legal Foundation

**Firm Address:** 209 W. Main Street, Plainfield, IN  46168

**Firm Phone:** (317) 203-5599  **Fax:** (888) 815-5641  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2015, I caused the foregoing Entry of Appearance to be filed with the Clerk of the Court for the D.C. Circuit using the CM/ECF system, which accomplished service on all parties

.

/s/ Kaylan L. Phillips
Kaylan L. Phillips
*Counsel for Appellant*