# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** True the Vote, Inc.

**v.**  **Case No:** 14-5316

Internal Revenue Service, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

( • ) Appellant(s)/Petitioner(s)     ( ) Appellee(s)/Respondent(s)     ( ) Intervenor(s)     ( ) Amicus Curiae

True the Vote, Inc.

Names of Parties                    Names of Parties

### Counsel Information

Lead Counsel: Noel H. Johnson

Direct Phone: ( 317 ) 203-5599  Fax: ( 888 ) 815-5641  Email: njohnson@actrightlegal.org

2nd Counsel:

Direct Phone: (    )            Fax: (    )            Email:

3rd Counsel:

Direct Phone: (    ) -          Fax: (    ) -          Email:

Firm Name: ActRight Legal Foundation

Firm Address: 209 W. Main Street, Plainfield, IN   46168

Firm Phone: ( 317 ) 203-5599  Fax: ( 888 ) 815-5641  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, I caused the foregoing Entry of Appearance to be filed with the Clerk of the Court for the D.C. Circuit using the CM/ECF system, which accomplished service on all parties.

/s/ Noel H. Johnson
Noel H. Johnson
*Counsel for Appellant*