# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 14-5316 | September Term, 2014 |
| | 1:13-cv-00734-RBW |
| | Filed On: March 27, 2015 |

True the Vote, Inc.,

  Appellant

 v.

Internal Revenue Service, et al.,

  Appellees

## O R D E R

 It appearing that these consolidated cases present potential problems of duplicative briefing, it is

 **ORDERED**, on the court's own motion, that the parties submit within 30 days of the date of this order, a proposed format for the briefing of this case. The parties are reminded that the court looks with extreme disfavor on repetitious submissions. The appellees must provide *detailed* justifications for any request to file separate briefs, and all parties must provide *detailed* justifications for any request to exceed the standard word allotments. Requests to exceed the standard word allotments must specify the word allotment necessary for each issue.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

         BY: /s/
           Robert J. Cavello
           Deputy Clerk