IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TRUE THE VOTE, INC.<br><br>　　　　Plaintiff-Appellant,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*<br><br>　　　　Defendants-Appellees. | No. 14-5316 |

## NOTICE OF WITHDRAWAL OF ERICA GERSON

The undersigned, Erica L. Gerson, respectfully requests that the Clerk withdraw her appearance as counsel for David Fish, Steven Grodnitzky, Lois Lerner, Steven Miller, Holly Paz, Michael Seto, Douglas Shulman, Cindy Thomas and William Wilkins ( collectively, the "Individual Management Defendants"). Brigida Benitez shall remain as Lead Counsel for the Individual Management Defendants.

Dated:   April 30, 2015

Respectfully submitted,

/s/ Erica L. Gerson
Erica L. Gerson (Bar No. 55794)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC   20036
Telephone: (202) 429-3000

Facsimile: (202) 429-3902

*Counsel for David Fish, Steven Grodnitzky, Lois Lerner, Steven Miller, Holly Paz, Michael Seto, Douglas Shulman, Cindy Thomas and William Wilkins*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 30th day of April 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.   Service was accomplished by using the appellate CM/ECF system.

                                          /s/ Erica L. Gerson
                                          Erica L. Gerson

USCA Case #14-5316　　Document #1550006　　Filed: 04/30/2015　　Page 3 of 3