# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5316**                    **September Term, 2014**

**1:13-cv-00734-RBW**

**Filed On:** May 8, 2015

True the Vote, Inc.,

      Appellant

    v.

Internal Revenue Service, et al.,

      Appellees

## O R D E R

It is, on the court's own motion, **ORDERED** that this appeal be held in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case within 30 days after the court's resolution of No. 15-5010, Z Street v. Koskinen (D.C. Cir. argued May 4, 2015).

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                        BY:    /s/
                                              Robert J. Cavello
                                              Deputy Clerk