# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| True the Vote, Inc., | |
| *Plaintiff-Appellant*, | Case No. 14-5316 |
| v. | |
| Internal Revenue Service, *et al.*, | |
| *Defendants-Appellees*. | |

## NOTICE OF WITHDRAWAL OF COUNSEL MARTIN V. TOTARO

Undersigned counsel respectfully submits this Notice of Withdrawal notifying this Court of his intention to withdraw as co-counsel for defendant-appellees Ronald Bell, Janine L. Estes, Susan Maloney, and Faye Ng. As of the close of business on August 14, 2015, undersigned counsel will no longer be associated with MoloLamken LLP, counsel for Mr. Bell, Ms. Estes, Ms. Maloney, and Ms. Ng in this appeal. Jeffrey A. Lamken and Eric R. Nitz have previously entered their appearances on behalf of Mr. Bell, Ms. Estes, Ms. Maloney, and Ms. Ng, and will continue to represent them in the above-captioned matter.

Dated: August 13, 2015　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Martin V. Totaro
　　　　　　　　　　　　　　　　　　　　Martin V. Totaro

## **CERTIFICATE OF SERVICE**

I certify that on August 13, 2015, I caused one copy of the foregoing Notice of Withdrawal to be filed with the Clerk of Court and served on all parties using the CM/ECF System.

/s/ Martin V. Totaro
Martin V. Totaro