# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 14-5316 | September Term, 2015 |
| | 1:13-cv-00734-RBW |
| | Filed On: September 23, 2015 |

True the Vote, Inc.,

      Appellant

    v.

Internal Revenue Service, et al.,

      Appellees

      **BEFORE:**    Henderson, Rogers, and Pillard, Circuit Judges

## O R D E R

Upon consideration of the motion for partial summary reversal, the oppositions thereto, and the replies; and the joint proposed briefing format and schedule, it is

**ORDERED** that the motion for partial summary reversal be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). It is

**FURTHER ORDERED** that the following briefing format and schedule apply:

| | |
|---|---|
| Brief for Appellant<br>(not to exceed 9,000 words) | December 7, 2015 |
| Brief for Government Appellees<br>(not to exceed 7,000 words) | February 5, 2016 |
| Brief for Individual Appellees<br>(not to exceed 7,000 words) | February 5, 2016 |
| Reply Brief for Appellant<br>(not to exceed 8,000 words) | March 7, 2016 |

The parties will be notified by separate order of the date of oral argument and the composition of the merits panel. The Clerk is directed to schedule this case for argument on the same day, before the same panel, as Linchpins of Liberty v. IRS, No. 15-5013.

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-5316**                                                               **September Term, 2015**

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See <u>D.C. Circuit Handbook of Practice and Procedures</u> 41 (2013); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**