# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** True the Vote, Inc.

v.

Internal Revenue Service, et al.

**Case No:** 14-5316

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

True the Vote, Inc.

Names of Parties                                                                 Names of Parties

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

**2nd Counsel:**

Direct Phone: (___) ___-____   Fax: (___) ___-____   Email:

**3rd Counsel:** Mathew D. Gutierrez

Direct Phone: (305) 482-8417   Fax: (305) 482-8600   Email: mgutierrez@foley.com

**Firm Name:** Foley & Lardner LLP

**Firm Address:** 2 South Biscayne Boulevard, Suite 1900, Miami, Florida 33131

**Firm Phone:** (305) 482-8400   Fax: (305) 482-8600   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)