**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** True the Vote, Inc.

v.    **Case No:** 14-5316

Internal Revenue Service, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

True the Vote, Inc.

Names of Parties                                Names of Parties

### Counsel Information

Lead Counsel: William E. Davis

Direct Phone: (305) 482-8404    Fax: (305) 482-8600    Email: wdavis@foley.com

2nd Counsel:

Direct Phone: (   )    -    Fax: (   )    -    Email:

3rd Counsel:

Direct Phone: (   )    -    Fax: (   )    -    Email:

Firm Name: Foley & Lardner LLP

Firm Address: 2 South Biscayne Boulevard, Suite 1900, Miami, FL 33131

Firm Phone: (305) 482-8400    Fax: (305) 482-8600    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)