# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** True the Vote, Inc.

v.  **Case No:** 14-5316

Internal Revenue Service, et al.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

See Exhibit A

Names of Parties                          Names of Parties

### Counsel Information

Lead Counsel:

Direct Phone: (   )    -       Fax: (   )    -       Email:

2nd Counsel: Catherine Cockerham

Direct Phone: (202) 429-6438  Fax: (202) 429-3902  Email: ccockerham@steptoe.com

3rd Counsel:

Direct Phone: (   )    -       Fax: (   )    -       Email:

Firm Name: Steptoe & Johnson LLP

Firm Address: 1330 Connecticut Avenue, NW, Washington, DC  20036

Firm Phone: (202) 429-3000  Fax: (202) 429-3902  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# ENTRY OF APPEARANCE

## Exhibit A

Counsel respectfully requests that the Clerk enter my appearance as counsel of record for the following appellees in their individual capacities:

1. David Fish
2. Steven Grodnitzky
3. Lois Lerner
4. Steven Miller
5. Holly Paz
6. Michael Seto
7. Douglas Shulman
8. Cindy Thomas
9. William Wilkins

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 25th day of January, 2016, a copy of the foregoing Entry of Appearance of Catherine Cockerham was electronically filed via the Court's CM/ECF system and electronically served upon registered parties via the Court's electronic notification system.

        /s/ Catherine Cockerham
Catherine Cockerham, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036
Tel:     (202) 429-3900
Fax:    (202) 429-3902
Email:  ccockerham@steptoe.com