# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5316**　　　　　　　　　　　　　　　　**September Term, 2015**

**1:13-cv-00734-RBW**

**Filed On: March 21, 2016** [1604808]

True the Vote, Inc.,

    Appellant

  v.

Internal Revenue Service, et al.,

    Appellees

## O R D E R

    It is **ORDERED**, on the court's own motion, that Circuit Judge Henderson, and Senior Circuit Judges Ginsburg and Sentelle now constitute the panel assigned to hear this case, which is scheduled for oral argument on April 14, 2016, at 9:30 A.M.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                        BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk