# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 14-5316**  **September Term, 2015**

1:13-cv-00734-RBW

Filed On: April 4, 2016 [1607022]

True the Vote, Inc.,

    Appellant

    v.

Internal Revenue Service, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 14, 2016, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judge Henderson, and Senior Circuit Judges Ginsburg and Sentelle.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 7, 2016.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)