# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 14-5316 | September Term, 2015 |
| | 1:13-cv-00734-RBW |

**Filed On: April 6, 2016** [1607443]

True the Vote, Inc.,

    Appellant

  v.

Internal Revenue Service, et al.,

    Appellees

## O R D E R

Upon consideration of appellees' joint motion to divide oral argument time, it is

**ORDERED** that the motion be granted. The following revised allocation of oral argument time will now apply:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellee IRS | - | 7 Minutes |
| Individual Defendant-Appellees | - | 3 Minutes |

### Per Curiam

          **FOR THE COURT:**
          Mark J. Langer, Clerk

    BY:    /s/
          Michael C. McGrail
          Deputy Clerk