# United States Court of Appeals
### For The District Of Columbia Circuit
_____

**No. 14-5316**  **September Term, 2015**

1:13-cv-00734-RBW

Filed On: April 14, 2016 [1608686]

True the Vote, Inc.,

    Appellant

  v.

Internal Revenue Service, et al.,

    Appellees

**BEFORE:** Circuit Judge Henderson*, and Senior Circuit Judges Ginsburg and Sentelle

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on April 14, 2016 at 10:21 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    John C. Eastman, counsel for Appellant.

    Judith A. Hagley (DOJ), counsel for Appellee IRS.

    Eric R. Nitz, counsel for Individual Defendant-Appellees.

*Judge Henderson will consider these cases based on the audio recording of oral argument.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY: /s/
    Shana E. Thurman
    Deputy Clerk