# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 14-5316**                                    **September Term, 2015**
FILED ON: AUGUST 5, 2016

TRUE THE VOTE, INC.,
        APPELLANT

v.

INTERNAL REVENUE SERVICE, ET AL.,
        APPELLEES

---

**No. 15-5013**

LINCHPINS OF LIBERTY, ET AL.,
        APPELLANTS

v.

UNITED STATES OF AMERICA, ET AL.,
        APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-00734)
(No. 1:13-cv-00777)

---

Before: HENDERSON, *Circuit Judge*, and GINSBURG and SENTELLE, *Senior Circuit Judges*

### **J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgments of the District Court appealed from in these causes are hereby affirmed in part, reversed in part, and the cases are remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:    /s/

                                        Ken Meadows
                                        Deputy Clerk

Date: August 5, 2016

Opinion for the court filed by Senior Circuit Judge Sentelle.