# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 14-5316**                                            **September Term, 2016**

**1:13-cv-00734-RBW**

**Filed On: September 27, 2016** [1637905]

True the Vote, Inc.,

      Appellant

    v.

Internal Revenue Service, et al.,

      Appellees

### M A N D A T E

In accordance with the judgment of August 5, 2016, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                              BY:    /s/
                                                       Ken R. Meadows
                                                       Deputy Clerk

Link to the judgment filed August 5, 2016