# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 7, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

      Re:  True the Vote, Inc.
             v. Internal Revenue Service, et al.
             No. 16-613
             (Your No. 14-5316)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on November 3, 2016 and placed on the docket November 7, 2016 as No. 16-613.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Jacob A. Levitan
                                        Case Analyst